**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:12-MJ-176-DSC**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| ISRAEL DE LEON, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Special Admission To Practice *Pro Hac Vice*" (Document No. 10) concerning Eric Jarvis, filed May 30, 2012. Mr. Jarvis seeks to appear as counsel *pro hac vice* for Defendant Israel De Leon.

Upon review and consideration of the Motion, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Jarvis is admitted to appear before this court *pro hac vice* on behalf of Defendant Israel De Leon, and is hereby instructed to submit the necessary fee as soon as possible..

**SO ORDERED**.

Signed: May 30, 2012

David C. Keesler
United States Magistrate Judge